**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00772-CV

### DALLAS COUNTY HOSPITAL DISTRICT D/B/A
### PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant

### V.

### ARNULFO ALEMAN, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09339**

## ORDER

We **GRANT** appellee's July 23, 2013 motion for an extension of time to file a brief.

Appellee shall file his brief on or before August 29, 2013. We caution appellee that no further

extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE